UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
IONIAN BRIGHT STAR CORPORATION, S.A.,
                                          1:08-cv-_____

        Plaintiff(s),

        -against-                    RULE 7.1 STATEMENT

BRAMPTON INTERNATIONAL TEAM S.A.,

        Defendant(s).
------------------------------------X

    PLEASE TAKE NOTICE that EDWARD A. KEANE, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, IONIAN BRIGHT STAR CORPORATION S.A. ("IONIAN") certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of IONIAN.

Dated:   New York, NY

       March 10, 2008

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff
                              IONIAN BRIGHT STAR CORP. S.A.

                              By: _____
                              EDWARD A. KEANE (EK 1398)
                              111 Broadway, 10th Floor
                              New York, NY 10006
                              Tel. (212) 385-1422
                              Fax (212) 385-1605
                              File No. 12/3541